# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3330

_____

TYI DEJESUS NETTLES, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

August 14, 2024

PER CURIAM.

Appellant was convicted of aggravated battery with a deadly weapon and sentenced to thirty years in prison as a habitual felony offender with a fifteen-year minimum mandatory sentence as a prison releasee reoffender. He raises three issues in this direct appeal, none of which has merit. *See Parks v. State*, 371 So. 3d 392, 392–93 (Fla. 1st DCA 2023), *rev. granted,* SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024); *Tillman v. State*, 609 So. 2d 1295, 1298 (Fla. 1992); *Gudinas v. State*, 879 So. 2d 616, 618–19 (Fla. 2004); *Williams v. State*, 143 So. 3d 423, 424 (Fla. 1st DCA 2014); *Salmon v. State*, 49 Fla. L. Weekly D784 (Fla. 1st DCA Apr. 10, 2024). We therefore affirm Appellant's judgment and sentence without further discussion.

AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Victor D. Holder, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.